THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CECELIA LEDERLE, Appellant.— Defendant appeals from a judgment of a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting her of a violation of section 643a–9.0 of the Administrative Code of the City of New York for failure to comply with an order of the commissioner of housing and buildings of the City of New York, and from a decision and intermediate orders. Judgment unanimously affirmed. No opinion. Appeal from decision dismissed. No appeal lies therefrom. No separate appeal lies from intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [206 Misc. 244.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRIETTA GADSON, on Behalf of WILLIE MORGAN, Appellant, against JOHN E. HOY, as Sheriff of County of Westchester, Respondent.— Appeal by relator from an order dismissing a writ of habeas corpus and remanding Willie Morgan to custody. Order affirmed. In our opinion the provisions of section 329 of the Civil Practice Act are inapplicable to a demand in extradition proceedings and the papers are sufficiently authenticated if they comply with the provisions of section 830 of the Code of Criminal Procedure. (Cf. *People ex rel. Levin* v. *Warden of Women's Prison,* 188 Misc. 307, 309, affd. 271 App. Div. 951; *Lee Won Sing* v. *Cottone,* 123 F. 2d 169, 172; *Ex Parte Paulson,* 168 Ore. 457, and *Wilson* v. *Turner,* 168 Kan. 1.) We are also of the opinion that the question of the violation of the fugitive's constitutional rights in the demanding State may not be heard or determined in this proceeding. (*People ex rel. Johnson* v. *Ruthazer,* 198 Misc. 1044, affd. 278 App. Div. 905; *Sweeney* v. *Woodall,* 344 U. S. 86; *Johnson* v. *Matthews,* 182 F. 2d 677, certiorari denied 340 U. S. 828; cf. *People ex rel. Higley* v. *Millspaw,* 281 N. Y. 441, 445.) MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

ANTOINETTE TAGGART, Appellant, v. WILLIAM VOGEL, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from a judgment in favor of defendant, entered on the verdict of the jury. Judgment unanimously affirmed, with costs. In our opinion the charge was entirely adequate and fair and as a whole correctly set forth the applicable rules of law. Plaintiff's request to charge " the Traffic Regulations of the City of New York " was so indefinite and uncertain that the refusal to grant the same did not, under the circumstances here presented, constitute prejudicial error. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ. [See *post,* p. 1184.]